**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,    :   No. 171 EAL 2022

            Respondent          :

                                     :   Petition for Allowance of Appeal
                                     :   from the Order of the Superior Court

            v.                  :

                                       :

KEITH ALEXANDER,                 :

            Petitioner            :

## ORDER

**PER CURIAM**

      **AND NOW**, this 11th day of October, 2022, the Petition for Allowance of Appeal is **DENIED**.